UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 09528
   DENISE L HOUSTON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER
          Debtor
   SSN XXX-XX-7250

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 04/18/2008 and was not confirmed.

   The case was dismissed without confirmation 07/30/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICASH LOANS LLC | UNSECURED | 1116.35 | .00 | .00 |
| AT & T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 148.07 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| GREATER ILLINOIS TITLE C | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET CU | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| NEXTEL COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 378.01 | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 1396.61 | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | 2397.94 | .00 | .00 |
| WFNNB CHADWICK | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL | SECURED | 1841.00 | .00 | 58.23 |
| WELLS FARGO AUTO FINANCE | SECURED VEHIC | 22272.02 | .00 | 847.97 |
| AMERICAN SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN SERVICING CORP | MORTGAGE ARRE | 15000.00 | .00 | .00 |
| JAROS TITLE & OTOOLE | NOTICE ONLY | NOT FILED | .00 | .00 |
| JOHNSON BLUMBERG & ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| HOME LOAN SERVICES INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| HOMEQ SERVICING CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| WELLS FARGO AUTO FINANCE | UNSECURED | 2231.46 | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 42917.57 | .00 | .00 |
| PHILIP A IGOE | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 78.80 |
| DEBTOR REFUND | REFUND | | | .00 |

   Summary of Receipts and Disbursements:

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 09528 DENISE L HOUSTON

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 985.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 906.20 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | 78.80 |
| DEBTOR REFUND | | .00 |
| TOTALS | 985.00 | 985.00 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 10/29/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 08 B 09528 DENISE L HOUSTON